IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILIP V. DAUGHTON,<br><br>                    Plaintiff,<br><br>v.<br><br>CAPTAIN JAMES ALLRED et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:16-CV-1227-TC<br><br>District Judge Tena Campbell |

Plaintiff filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2018). Reviewing the Complaint under § 1915(e), in an Order dated October 25, 2017, the Court determined it was deficient. (Doc. No. 26.) The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Having not received a relevant response, the Court--on December 29, 2018--again ordered Plaintiff to cure his deficient complaint. (Doc. No. 29.) On January 10, 2018, Plaintiff moved for reconsideration of these cure orders.

**IT IS ORDERED** that Plaintiff's motion for reconsideration is poorly supported and is thus **DENIED**. (Doc. No. 30.)

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2.

This action is **CLOSED.**

DATED this 25th day of April, 2018.

BY THE COURT:

*/s/ Tena Campbell*
JUDGE TENA CAMPBELL
United States District Court